IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KENNETH CHERCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v.      ) | 2:23cv635-MHT |
| ) | (WO) |
| NURSE TERRY (Elmore Co. ) | |
| Jail), et al.,      ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated in the Elmore County Jail, filed this lawsuit complaining about being denied prompt and adequate medical care for a loss of feeling on and control of one side of his body.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of July, 2024.

                             /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE